# Exhibit C

NOTICE OF REMOVAL OF
GREATBANC TRUST COMPANY AS TRUSTEE OF
THE FERRELL COMPANIES, INC.
EMPLOYEE STOCK OWNERSHIP PLAN
PURSUANT TO SECTION 6.2 OF THE
FERRELL COMPANIES, INC. EMPLOYEE STOCK OWNERSHIP
TRUST; AND SUCCESSOR TRUSTEE'S ACCEPTANCE OF TRUSTEESHIP

TO: GreatBanc Trust Company

FROM: Ferrell Companies, Inc.

GreatBanc Trust Company (successor to LaSalle National Bank aka LaSalle Bank N.A.), as Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Plan ("ESOP") pursuant to the Ferrell Companies, Inc. Employee Stock Ownership Trust effective as of August 1, 1997 ("ESOT"), is hereby provided, pursuant to Section 6.2 of the ESOT, a thirty (30) day advance written notice of its removal as Trustee of the ESOT by Ferrell Companies, Inc. (the "Company").

A Certificate of Resolutions is attached to this Notice that contains the resolutions of the Company's Board of Directors, and the successor Trustee's acceptance is below. Section 6.3 of the ESOP will now apply to GreatBanc Trust Company.

Please contact the undersigned in the event you have any questions.

FERRELL COMPANIES, INC.

By: _____
Jordan Burns,
Vice President and General Counsel

Date: 10/9/19

### Acceptance By Successor Trustee

The undersigned hereby acknowledges the undersigned's appointment as successor Trustee of the ESOP pursuant to resolutions by the Board of Directors of Ferrell Companies, Inc., and hereby accepts the trusteeship as successor Trustee to GreatBanc Trust Company.

Printed Name: James Urbach

Signature: _____

Date: 10/9/19

010-8702-3095/3

**ATTACHMENT TO**
**NOTICE TO**
**GREATBANC TRUST COMPANY**

Certificate of Resolutions

## **CERTIFICATE OF RESOLUTIONS**

The undersigned hereby certifies that the following resolutions were adopted by the Board of Directors of Ferrell Companies, Inc. on October 8, 2019, and have not been revoked or modified:

**WHEREAS**, Ferrell Companies, Inc. (the "**Company**") sponsors and maintains the Ferrell Companies, Inc. Employee Stock Ownership Plan ("**ESOP**"); and

**WHEREAS**, GreatBanc Trust Company, successor to LaSalle National Bank aka LaSalle Bank N.A., is the trustee of the ESOP (the "**Trustee**") pursuant to the Ferrell Companies, Inc. Employee Stock Ownership Trust effective as of August 1, 1997 (the "**ESOT**"); and

**WHEREAS**, Section 6.2 of the ESOT provides that the Company may remove the Trustee by giving thirty (30) days' advance written notice to the Trustee, subject to providing the removed Trustee with satisfactory written evidence of the appointment of a successor trustee and of the successor Trustee's acceptance of the trusteeship; and

**WHEREAS**, the Company acts by and through its Board of Directors;

**NOW, THEREFORE**:

**RESOLVED**, pursuant to Section 6.2 of the ESOT, (i) GreatBanc Trust Company is hereby removed as Trustee, and (ii) James Urbach of ESOP Fiduciaries, Inc. is hereby appointed successor Trustee to serve as an independent interim successor trustee pending the Company's request for proposal process for, and selection of, a permanent independent successor trustee of the ESOP.

**RESOLVED, FURTHER**, that Jordan Burns, Vice President and General Counsel of the Company, is hereby authorized and directed to (i) provide to GreatBanc Trust Company (A) the written notice of removal and written evidence of the appointment of, and acceptance of trusteeship by, the independent interim successor trustee as required by Section 6.2 of the ESOT; and (B) a certified copy of the foregoing resolutions; and (ii) execute any documents necessary or may be required or which may be deemed appropriate, and to take any other actions deemed necessary or desirable or proper to carry out the intent of the foregoing resolutions.

**RESOLVED, FURTHER**, that the 2019 Amendment to the ESOT in the form attached hereto is hereby approved, and Jordan Burns, Vice President and General Counsel of the Company, is hereby authorized and directed to execute such amendment on behalf of the Company and obtain the signature of the independent interim successor trustee.

Signature: _[signature]_
Printed Name: Jordan Burns
Title: VP & General Counsel
Date: 10/9/19

010-8702-2962/3

# 2019 AMENDMENT TO FERRELL COMPANIES, INC. EMPLOYEE STOCK OWNERSHIP TRUST AGREEMENT

WHEREAS, Ferrell Companies, Inc. (the "**Company**") established the Ferrell Companies, Inc. Employee Stock Ownership Trust (the "**Trust**") pursuant to a trust agreement with LaSalle National Bank effective as of August 1, 1997, related to the Ferrell Companies, Inc. Employee Stock Ownership Plan (the "**Trust Agreement**"); and

WHEREAS, GreatBanc Trust Company became the successor to LaSalle National Bank and the Trust Agreement was thereafter amended; and

WHEREAS, the Company has removed GreatBanc Trust Company as trustee and appointed James Urbach of ESOP Fiduciaries, Inc., as successor trustee of the Trust ("**Successor Trustee**");

NOW, THEREFORE, the Trust Agreement is hereby amended as follows effective as of _____, 2019 (the "**Effective Date**"):

1. All references to "LaSalle National Bank," "LaSalle Bank N.A." and "GreatBanc Trust Company" are hereby changed to "James Urbach".

2. Paragraph 2.3(e)(ii) is deleted.

3. The phrase "except that the Trustee has independent and sole discretion to make a purchase of Company Stock for the Trust in July, 1998" is hereby deleted from paragraph 3.1.

IN WITNESS WHEREOF, the Company and Successor Trustee have each executed this 2019 Amendment to Ferrell Companies, Inc. Employee Stock Ownership Trust Agreement as of the Effective Date but on the actual dates below.

**FERRELL COMPANIES, INC.**

By: _____
Jordan Burns
Vice President and General Counsel

Date: _____

**SUCCESSOR TRUSTEE**

Signature: _____

Printed Name: James Urbach

Date: _____

010-8800-4093/2

## 2019 AMENDMENT
## TO
## FERRELL COMPANIES, INC.
## EMPLOYEE STOCK OWNERSHIP TRUST AGREEMENT

WHEREAS, Ferrell Companies, Inc. (the "**Company**") established the Ferrell Companies, Inc. Employee Stock Ownership Trust (the "**Trust**") pursuant to a trust agreement with LaSalle National Bank effective as of August 1, 1997, related to the Ferrell Companies, Inc. Employee Stock Ownership Plan (the "**Trust Agreement**"); and

WHEREAS, GreatBanc Trust Company became the successor to LaSalle National Bank and the Trust Agreement was thereafter amended; and

WHEREAS, the Company has removed GreatBanc Trust Company as trustee and appointed James Urbach of ESOP Fiduciaries, Inc., as successor trustee of the Trust ("**Successor Trustee**");

NOW, THEREFORE, the Trust Agreement is hereby amended as follows effective as of November 8, 2019 (the "**Effective Date**"):

1. All references to "LaSalle National Bank," "LaSalle Bank N.A." and "GreatBanc Trust Company" are hereby changed to "James Urbach".

2. Paragraph 2.3(e)(ii) is deleted.

3. The phrase "except that the Trustee has independent and sole discretion to make a purchase of Company Stock for the Trust in July, 1998" is hereby deleted from paragraph 3.1.

IN WITNESS WHEREOF, the Company and Successor Trustee have each executed this 2019 Amendment to Ferrell Companies, Inc. Employee Stock Ownership Trust Agreement as of the Effective Date but on the actual dates below.

**FERRELL COMPANIES, INC.**

By: _____
Jordan Burns
Vice President and General Counsel

Date: 10/9/19

**SUCCESSOR TRUSTEE**

Signature: _____

Printed Name: James Urbach

Date: 10/9/19

010-8800-4093/2