IN THE UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:19-cv-02656-JAR-ADM |
| GREATBANC TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**DESIGNATION OF PLACE OF TRIAL**

In accordance with D. Kan. Rule 40.2, Plaintiffs, Ferrell Companies, Inc., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan, by and through their counsel, hereby request trial in this matter be held in Kansas City, Kansas.

Respectfully submitted,

Of Counsel:   *s/James D. Griffin*

John A. Burlingame (DC #32694)   James D. Griffin (KS # 12545)
(*pro hac vice* to be filed)   Brent N. Coverdale (KS # 18798)
SQUIRE PATTON BOGGS (US) LLP   SCHARNHORST AST KENNARD GRIFFIN PC
2550 M Street, NW   1100 Walnut Street, Suite 1950
Washington, DC 20037   Kansas City, MO 64106
Tel: (202) 457-6000   Tel: (816) 268-9400
**Fax:** (202) 457-6315   Fax: (816) 268-9409
Email: john.burlingame@squirepb.com   E-mail: jgriffin@sakg.com
                                       bcoverdale@sakg.com
Joseph C. Weinstein (OH #0023504)   *Attorneys for Ferrell Companies, Inc.*
(*pro hac vice* to be filed)
SQUIRE PATTON BOGGS (US) LLP

194102

4900 Key Tower
127 Public Square
Cleveland, OH  44114
Tel:  (216) 479-8500
Fax:  (216) 479-8780
Email:  joe.weinstein@squirepb.com

**CERTIFICATE OF SERVICE**

      I certify that the below-signed Attorney for Plaintiff signed the original of the above and foregoing and that a copy was served on Defendant with summons and petition package.

*/s/ James D. Griffin*
*Attorney for Plaintiff*