# Exhibit 2

2422794

# STATE OF KANSAS

### OFFICE OF
### SECRETARY OF STATE
## BILL GRAVES



---

## To all to whom these presents shall come, Greetings:

I, Bill Graves, Secretary of State of the State of Kansas, do hereby certify that the attached is a true and correct copy of an original on file and of record in this office.

14⁰⁰

```
STATE OF KANSAS ]
COUNTY OF JOHNSON ] ss
FILED FOR RECORD

1994 AUG 16  P 4: 29.4

SARA F. ULLMANN
REGISTER OF DEEDS
```

In testimony whereof:

I hereto set my hand and cause to be affixed my official seal. Done at the City of Topeka on the date below:   AUG 1 1 1994





BILL GRAVES
SECRETARY OF STATE

14⁰⁰CK

VOL. 4408 PAGE 35

AMENDED AND RESTATED
ARTICLES OF INCORPORATION
OF
FERRELL COMPANIES, INC.


We, Danley K. Sheldon, Vice President, and Kendrick T. Wallace, Assistant Secretary, of Ferrell Companies, Inc., a corporation existing under the laws of the State of Kansas, do hereby certify as follows:

First:  The name of the corporation is Ferrell Companies, Inc. (Originally incorporated as Ferrell Holdings, Inc.)

Second:  The original Articles of Incorporation of the corporation was filed with the Secretary of State of Kansas on the 22nd day of July, 1994.

Third:  The amendment to the Certificate of Incorporation effected by this Certificate is as follows:

(i)  to delete ARTICLE SEVEN in its entirety and by substituting a new ARTICLE SEVEN.

Fourth:  The amendment and this restatement of the Certificate of Incorporation have been duly adopted in accordance with the provisions of Kansas Statutes Annotated Section 17-6605 by the unanimous written consent of the holders of all outstanding shares entitled to vote.

Fifth:  The text of the Articles of Incorporation of said Ferrell Companies, Inc., as amended, is hereby restated and further amended by this Certificate to read, in full, as follows:

ARTICLE ONE:   The name of the Corporation is:

FERRELL COMPANIES, INC.

ARTICLE TWO:   The address of its registered office in the State of Kansas is 515 South Kansas Avenue in the city of Topeka, county of Shawnee, 66603, and the name of its resident agent in charge thereof at the above address is The Corporation Company, Inc.

ARTICLE THREE: The purpose of this Corporation is to engage in any and every lawful act or activity for which corporations may be organized under the General Corporation Code of the State of Kansas.

ARTICLE FOUR:  The number of directors shall be fixed by, or in the manner provided in, the bylaws of the Corporation.

15176

ARTICLE FIVE:  The name and mailing address of the incorporator are:

P. Mitchell Woolery
1200 Main Street, Suite 3500
Kansas City, Missouri  64105.

ARTICLE SIX:  The power to make, alter or repeal the bylaws of the Corporation shall be vested in the Board of Directors.

ARTICLE SEVEN:  The total number of shares the Corporation shall have authority to issue is 5,164,000, of which 4,864,000 shall be shares of Class A Common Stock with no par value ("Class A Common Stock") and 300,000 shall be shares of Class M Common Stock, par value $.01 per share ("Class M Common Stock").

1.  Dividends.  Cash dividends may be declared with respect to Class A Common Stock or with respect to Class M Common Stock separately and holders of one class of common stock shall have no right to participate in cash dividends declared with respect to the other class of common stock, provided, however, that from and after August 1, 1994, the aggregate cash dividends per share declared on Class A Common Stock shall not exceed the aggregate cash dividends per share declared on Class M Common Stock.  When and as dividends are declared on the Corporation's common stock payable in property (other than cash) or in securities of the Corporation, the holders of Class A Common Stock and the Class M Common Stock shall be entitled to share equally, share for share, in such dividends; provided however, that stock dividends payable to holders of Class A Common Stock shall be paid in Class A Common Stock and stock dividends payable to holders of Class M Common Stock shall be paid in Class M Common Stock.

2.  Liquidation.  Upon any liquidation, dissolution or winding up of the Corporation, whether voluntary or involuntary, the assets of the Corporation to be distributed to the holders of the capital stock of the Corporation shall be distributed equally, share for share, among the holders of Class A Common Stock and Class M Common Stock.

3.  Subdivision and Combination.  If the Corporation shall in any manner subdivide (by stock split, stock dividend or otherwise) or combine (by reverse stock split or otherwise) the outstanding shares of one class of the Corporation's common stock, the outstanding shares of the other class of the Corporation's common stock shall be proportionately subdivided or combined.

4.  Voting Rights.  Except as otherwise required by law, the holders of the shares of Class A Common Stock shall be entitled to vote on the election or removal of the directors of the Corporation and on all other matters to be voted on by the shareholders of the Corporation.  On all matters to be voted on by

15176                                    2

the holders of Class A Common Stock, the holders of such stock
shall be entitled to one vote for each share thereof held of
record.  Except as provided by law or this paragraph, the holders
of Class M Common Stock shall have no right to vote on any matter
to be voted on by the shareholders of the Corporation.  The holders
of Class M Common Stock shall be entitled to vote separately as a
class on any matters for which a separate class vote may be
required by Kansas law.  On all matters to be voted on by the
holders of Class M Common Stock, the holders of such class shall be
entitled to one vote for each share thereof held of record.

     5.   <u>Right to Call.</u>  The Corporation may call the Class
M Common Stock for any reason by giving 30 days' notice to the
holders thereof.

     <u>ARTICLE EIGHT:</u>   The duration of the Corporation is
perpetual.

     <u>ARTICLE NINE:</u>  No director shall be personally liable to
this Corporation or its stockholders for monetary damages for
breach of fiduciary duty as a director provided that nothing in
this ARTICLE EIGHT shall be construed so as to eliminate or limit
the liability of a director (A) for any breach of the director's
duty of loyalty to the Corporation or its stockholders, (B) for
acts or omissions not in good faith or which involve intentional
misconduct or a knowing violation of law, (C) under the provisions
of K.S.A. 17-6424 and amendments thereto, (D) for any transaction
from which the director derived an improper personal benefit or
(E) for any act or omission occurring prior to the effective date
of this ARTICLE EIGHTH.  No amendment to or repeal of this ARTICLE
EIGHT shall adversely affect any right, benefit or protection of a
director of the Corporation existing at the time of such amendment
or repeal with respect to any acts or omissions occurring prior to
such amendment or repeal.

     IN WITNESS WHEREOF, we have signed this Certificate and
caused the corporate seal of the corporation to be hereunto affixed
this __1st__ day of __August__, 1994.

                         FERRELL COMPANIES, INC.

                       By: _____

                           Danley K. Sheldon
                           Vice President

Attest:

_____
Kendrick T. Wallace
Assistant Secretary

15176                              3

STATE OF _M̲i̲s̲s̲o̲u̲r̲i̲_ )
                        ) ss.
COUNTY OF _C̲l̲a̲y̲_ )

        The foregoing instrument was acknowledged before me this _1̲s̲t̲_ day of _A̲u̲g̲u̲s̲t̲_, 1994, by Danley K. Sheldon, the person who signed the foregoing instrument as Vice President of Ferrell Companies, Inc., a Kansas corporation, on behalf of the corporation.

                            _Carrie R. Bellm_
                                Notary Public

My commission expires:

          CARRIE R. BELLM
      NOTARY PUBLIC STATE OF MISSOURI
          COUNTY OF CLAY
      MY COMMISSION EXPIRES 10-7-95

STATE OF _____ )
                    ) ss.
COUNTY OF _____ )

        The foregoing instrument was acknowledged before me this ____ day of _____, 1994, by Kendrick T. Wallace, the person who signed the foregoing instrument as Assistant Secretary of Ferrell Companies, Inc., a Kansas corporation, on behalf of the corporation.

                            _____
                                Notary Public

My commission expires:

         JOYCE E. PAULSEN
     Notary Public - State of Missouri
      Commissioned in Jackson County
My Commission Expires Oct. 10, _____

15176                        4

# REMAINDER REDACTED