**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>    Plaintiff,<br><br>  v.<br><br>GREATBANC TRUST COMPANY, Directed Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>    Defendant. | Case No. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>    Counterclaim-Plaintiff,<br><br>  v.<br><br>FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>    Counterclaim-Defendant. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim-Plaintiff GreatBanc Trust Company states that it is a wholly-owned subsidiary of U.S. Fiduciary Services, Inc.

2

Dated: November 1, 2019

*Of Counsel:*

WINSTON & STRAWN LLP
James P. Smith III (*pro hac vice* to be filed)
(NY # 2634491)
Matthew L. DiRisio (*pro hac vice* to be filed)
(NY # 4228995)
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
Facsimile: 212-294-4700
jpsmith@winston.com
mdirisio@winston.com

Respectfully submitted,

SHOOK, HARDY & BACON

By: */s/ Todd W. Ruskamp*
    Todd W. Ruskamp, D.Kan #70412
    Jessica A. E. McKinney, D.Kan #78649

2555 Grand Boulevard
Kansas City, Missouri  64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
truskamp@shb.com
jamckinney@shb.com

*Attorneys for Defendant/Counterclaim-Plaintiff GreatBanc Trust Company*

### CERTIFICATE OF SERVICE

I certify that on November 1, 2019, the foregoing paper was served upon Counsel for Plaintiff via the Court's ECF system.

    */s/ Todd W. Ruskamp*
Todd W. Ruskamp
Attorney for Defendant/Counterclaim-Plaintiff
GreatBanc Trust Company

2