## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, Directed Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>Defendant. | Case No. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Counterclaim-Defendant. | |

## GREATBANC TRUST COMPANY'S MOTION FOR A
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant/Counterclaim-Plaintiff GreatBanc Trust Company ("GreatBanc"), by and through its counsel and pursuant to Rule 65 of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to grant GreatBanc a temporary restraining order and preliminary injunction against Plaintiff/Counterclaim-Defendant Ferrell Companies, Inc. ("Ferrell"). In support thereof, GreatBanc states as follows:

4822-9527-2107 v1

1. For over thirteen years, GreatBanc has served as Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Plan (the "Plan"). The Plan's primary asset, held by the Trust, is 100% of Ferrell's stock. Ferrell, Plan Administrator and an ERSIA fiduciary for the Plan, has, through years of mismanagement, put the Plan's assets at imminent risk of irreparable harm. Ferrell's operations are conducted through a subsidiary of its publicly-traded affiliate, Ferrellgas Partners, L.P. ("Ferrellgas"). The price of Ferrellgas units has declined 98% from its peak five years ago and is now less than $0.60 per unit, putting the company at risk of delisting. It also recently announced in SEC filings that a creditor has declared its operating subsidiary in default on a $275 million principal loan and that its auditors have expressed substantial doubt as to the operating subsidiary's ability to continue as a going concern, following which S&P downgraded Ferrellgas. Ferrell and its affiliates are saddled with an outsized $2.2 billion in debt.

2. In response to Ferrell's mismanagement, GreatBanc, on behalf of Plan participants (Ferrell employees), has repeatedly requested information from Ferrell regarding its financial performance and future plans and has conveyed to Ferrell's board of directors ("Board") proposals received by GreatBanc from various constituencies interested in, among other things, providing financing and/or restructuring assistance to the Company. The Board has rebuffed GreatBanc's efforts at every turn.

3. After months of stonewalling, Ferrell shifted to a more aggressive strategy to undermine GreatBanc's ability to monitor and preserve Plan assets. In late July, Ferrell informed GreatBanc that it had adopted an amendment to the Plan to ensure that GreatBanc would have to take direction from Ferrell in voting Ferrell stock. Thereafter, just days prior to the SEC filing and ratings downgrade discussed above, and without warning, Ferrell terminated GreatBanc as Plan Trustee with 30 days' notice.

4822-9527-2107 v1

4. Having exhausted all other means of discharging its own ERISA fiduciary duties, GreatBanc wrote to Ferrell advising that it had committed numerous ERISA fiduciary breaches and requesting that Ferrell issue a direction for GreatBanc to elect a slate of new directors to replace the Board.

5. Ferrell commenced this lawsuit the next day.

6. Unless Ferrell is restrained and enjoined pursuant to the terms of the proposed Temporary Restraining Order and Preliminary Injunction filed herewith, Plan assets will continue to deteriorate, placing the Plan and its participants and beneficiaries in imminent risk of irreparable harm. GreatBanc, in its capacity as Plan Trustee, has no adequate remedy at law and will suffer immediate and irreparable harm without entry of such Order.

7. GreatBanc expressly incorporates herein its Verified Answer and Defenses to Plaintiff's Complaint and Verified Counterclaims ("Counterclaims"), Exhibits 1 through 3 attached to the Counterclaims and its brief in support of this motion.

WHEREFORE, GreatBanc respectfully requests that the Court grant its Motion for a Temporary Restraining Order and Preliminary Injunction and enter the proposed Temporary Restraining Order submitted with this motion, and for such other and further relief as the Court deems just and proper.

Dated: November 1, 2019

*Of Counsel:*

WINSTON & STRAWN LLP
James P. Smith III (*pro hac vice* to be filed)
(NY # 2634491)
Matthew L. DiRisio (*pro hac vice* to be filed)
(NY # 4228995)
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
Facsimile:  212-294-4700
jpsmith@winston.com
mdirisio@winston.com

Respectfully submitted,

SHOOK, HARDY & BACON

By:  */s/ Todd W. Ruskamp*
     Todd W. Ruskamp, D.Kan #70412
     Jessica A. E. McKinney, D.Kan #78649

2555 Grand Boulevard
Kansas City, Missouri  64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
truskamp@shb.com
jamckinney@shb.com

*Attorneys for Defendant/Counterclaim-Plaintiff GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2019, the foregoing paper was served upon Counsel for Plaintiff via the Court's ECF system.

 */s/ Todd W. Ruskamp*
Todd W. Ruskamp
Attorney for Defendant/Counterclaim-Plaintiff
GreatBanc Trust Company

4822-9527-2107 v1