# EXHIBIT C

IMAGED



GREATBANC
TRUST COMPANY

May 4, 2015

Ferrell Companies Inc
One Liberty Plaza
Liberty, MO 66210
Attn: Alan Heitmann

Re:   Seventh Amendment to the LaSalle Bank N.A. Trustee Agreement

Dear Al:

This letter shall constitute the Seventh Amendment to the May 6, 1998 Trustee Agreement (the "Agreement") entered into between LaSalle Bank N.A. ("LaSalle" or "Trustee") and Ferrell Companies, Inc ("FCI" or the "Company").

WHEREAS, the Company and GreatBanc Trust Company ("GreatBanc" or the "Trustee") entered into a Consent to Assignment dated October 13, 2005, whereby GreatBanc became the trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust (the "Trust") effective as of November 1, 2005; and

WHEREAS, Ferrellgas Partners ("FGP") is contemplating a transaction in which it would acquire Bridger Logistics, LLC from Riverstone Holdings, LLC for approximately $880 million, which would be comprised of i) cash (raised through public debt and equity offerings) and ii) FGP units (collectively, the "Consideration"). The above referenced transaction is referred to as the "Transaction"; and

WHEREAS, paragraph 10 of the Agreement provides for fees for additional services and provides that both the Company and LaSalle (now GreatBanc) must agree to the fees.



# GREATBANC
TRUST COMPANY

NOW THEREFORE, GreatBanc proposes to exercise its fiduciary judgment with respect to the Transaction for compensation of $500,000. The fee shall be paid in three installments. A first installment of $200,000 shall be due and payable upon the signing of this Agreement. A second installment of $200,000 shall be paid at the signing of the definitive agreement between FGP and Riverstone. The third and final installment of $100,000 shall be paid at the closing of the Transaction.

All other terms and conditions of the Agreement remain in full force and affect.

Sincerely,

Kevin B. Kolb
Senior Vice President

Agreed and accepted:
Ferrell Companies, Inc.

By: _____

Its: SR VP / CFO

Date: 5/11/2015