# EXHIBIT D

## RESOLUTION OF THE BOARD OF DIRECTORS

**WHEREAS**, the Board of Directors (the "***Board***") of Ferrellgas, Inc. (the "***Company***") held an in person meeting on July 22, 2019 (the "***Meeting***") jointly with the Board of Directors of Ferrell Companies, Inc. ("***FCI***") at which all directors of the Company were in attendance;

**WHEREAS**, prior to the Meeting, legal counsel to the Company, Squire Patton Boggs (US) LP ("***Squire***"), retained Moelis & Company ("***Moelis***") to act as the exclusive financial advisor, capital markets advisor and investment banker;

**WHEREAS**, during the Meeting, Moelis made a presentation to the Board outlining certain long-term strategic objectives related to any proposed restructuring process;

**NOW, THEREFORE, BE IT RESOLVED**, that the Board hereby adopts and approves the following long-term strategic objectives (the "***Objectives***") related to any proposed restructuring for the Company or any of its affiliates, including, but not limited to, FCI, Ferrellgas Partners, L.P. and Ferrellgas, L.P. (collectively, "***Ferrellgas***"):

- Reduce debt to an optimal level for the long-term, which should be approximately 3.0x-4.0x EBITDA;

- Preserve long-term equity value for unitholders of Ferrellgas Partners, L.P. and restore distributions to unitholders, including participants in the Ferrell Companies, Inc. Employee Stock Ownership Plan;

- Create a viable currency for future acquisitions;

- Retain and incentivize employees;

- Allow management of Ferrellgas to execute on its long-term strategic initiatives, including growing the business both organically and through accretive acquisitions;

- Avoid costly and disruptive changes of control; and

- Avoid unnecessary litigation and protect the Board and management from potential liability.

**BE IT RESOLVED FURTHER** that Ferrellgas shall engage in a process relating to any restructuring that identifies alternatives for achieving the foregoing Objectives and that unsolicited proposals to Ferrellgas related to any restructuring or other transaction should be considered only if such proposals are likely to achieve the Objectives or consideration thereof is in accordance with the contractual duties of the Board and, thereafter, such proposals will be considered by the full Board of the Company.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, have consented to, approved and adopted the foregoing recitals and resolutions effective as this ___ day of July 2019.

**BOARD OF DIRECTORS:**

_____
Name: James E. Ferrell, Chairman

_____
Name: Pamela A. Breuckmann

_____
Name: Stephen Clifford

_____
Name: Andrew Levison

_____
Name: John R. Lowden

_____
Name: Michael F. Morrissey

_____
Name: James K. Schwartz