# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC, as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust<br><br>Defendant. | CASE NO. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Counterclaim-Defendant | |

## **DECLARATION OF CATHY BROWN**

Pursuant to 28 U.S.C. § 1746, I, Cathy Brown, declare:

1. My name is Cathy Brown, I am over eighteen (18) years of age, and have never been convicted of a felony or crime of moral turpitude.

- 1 -

- 2 -

2.     I am Vice President of Compliance and Corporate Administration at Ferrellgas as well as one of the Plan Administrators of the ESOP.

3.     On September 12, 2019, Jim Ferrell, Pam Breuckmann, Jordan Burns and I met with James Urbach in Liberty, MO to interview him to replace GreatBanc Trust Company ("GreatBanc") as Trustee. At the conclusion of the meeting we agreed to recommend that the FCI Board approve the replacement of the GreatBanc with Mr. Urbach.

4.     On October 30, 2019, I sent a letter, attached hereto as Exhibit A, to Kevin Kolb at GreatBanc to coordinate a smooth transition to Mr. Urbach. Mr. Kolb did not contact me back.

5.     On the morning of November 1, 2019, I called my day-to-day contact at GreatBanc, Arlene Westbrook, who is the SVP and COO of GreatBanc. The purpose of my call was to discuss GreatBanc's transition as directed Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust to James Urbach, who has been appointed to assume the role of Trustee. Ms. Westbrook did not answer, and thus I left a voicemail message asking her to call me back.

6.     On November 5, 2019, I received a phone call and voicemail from Ms. Westbrook. Ms. Westbrook left a non-substantive voicemail message. I returned Ms. Westbrook's phone call and left a voicemail asking her to call me back.

7.     At 3:30 p.m. on November 5, 2019, Ms. Westbrook called me back. I told her I needed to understand the timing and process for transferring funds. Ms. Westbrook responded that GreatBanc was waiting for the court hearing on Thursday, November 7, 2019 before it would follow up on the process for transferring funds. Ms. Westbrook stated that if there was an urgent need to transfer funds to participants during this week, the two of us could discuss it. If there was not an urgent need, then GreatBanc would know more after Thursday's court hearing, and it would

be best to wait until then to know the next steps. Ms. Westbrook said there would be follow up after the hearing. We did not discuss anything else during our phone call.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2019

_____
Cathy Brown


# Ferrell Companies, Inc.

October 30, 2019

Via email
kkolb@greatbanctrust.com

Kevin Kolb
GreatBanc Trust Company
801 Warrenville Road, Suite 500
Lisle, IL 60532

      RE:    Ferrell Companies, Inc. ESOP/ESOT

Dear Kevin:

    I understand that James Urbach, the successor trustee of the ESOP/ESOT, has reached out to you concerning the transition of trust funds and records. From a plan administration perspective, including my coordination with Principal (the ESOP's TPA), it is important that GreatBanc immediately coordinate with Mr. Urbach to ensure a smooth transition as soon as possible. Please confirm that you will reach out to Mr. Urbach promptly and that the transfer of funds and records to Mr. Urbach will be completed no later than November 8th. I need to do November planning for required minimum distributions to ESOP participants so your immediate attention to this is necessary.

                                                       Very truly yours,

                                                       Cathy S. Brown

7500 College Blvd., Suite 1000 • Overland Park, Kansas 66210