# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC, as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust<br><br>Defendant. | CASE NO. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>FERRELL COPMANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Counterclaim-Defendant | |

### DECLARATION OF JAMES R. URBACH

Pursuant to 28 U.S.C. § 1746, I, James R. Urbach, declare:

1. My name is James R. Urbach, I am over eighteen (18) years of age, have never been convicted of a felony or crime of moral turpitude.

- 1 -

2.      I am an attorney licensed and in good standing in the state of California. I am President of the Urbach Law Group, Inc., which assists clients with all aspects of Employee Stock Ownership Plans ("ESOPs"). I also am President of ESOP Fiduciaries, Inc. ("EFI"), an employee benefits consulting practice in Atlantic Beach, Florida. EFI offers consulting services to publicly- traded and closely-held corporations, trustees, Employee Retirement Income Security Act of 1974, as amended ("ERISA") fiduciaries, shareholders, institutional trustees and lenders in all aspects of ESOP design, financing, implementation, management, stock acquisitions and sales. My services also include acting as independent fiduciary in transactions and as ongoing independent ERISA trustee, ensuring that best practices and prudent procedures have been met.

3.      I earned a Bachelor of Business Administration from Idaho State University in 1993. I was awarded a Juris Doctor by the University of San Francisco in 1999.

4.      Since 1999, I have practiced almost exclusively in the area of ERISA, first as an ERISA compliance investigator for the U.S. Department of Labor Pension and Welfare Benefits Administration, now known as the Employee Benefit Security Administration, which oversees, among other things, ESOPs and other ERISA-regulated plans. Following my tenure with the Department, I practiced ERISA law with several firms before establishing my own firm in 2003.

5.      I currently am a member of the California Bar, the American Bar Association, the First Coast Lawyers Forum, the ESOP Association, the National Center for Employee Ownership, and the American Society of Pension Professionals & Actuaries.   I have spoken at numerous seminars regarding ESOPs and have been quoted in The Wall Street Journal and other national publications regarding ESOPs.

6.      I have served as an ESOP trustee and ERISA fiduciary more than 200 times in the last fifteen years. I currently serve as ESOP trustee for numerous ESOPs, overseeing in excess of $3

billion of plan assets for the benefit of more than 15,000 ESOP plan participants. During my career, I have replaced numerous institutional trustees and have succeeded to their responsibilities without issue.

7. As to Ferrell Companies, Inc. Employee Stock Ownership Plan and its related trust ("Ferrell ESOP"), I entered into an agreement to serve as successor trustee on October 9, 2019. I am fully capable of performing this role and I understand my duties and obligations under ERISA as I undertake it.

8. I am sufficiently bonded under ERISA Section 412 in order to fully protect the Ferrell ESOP assets against any acts of fraud or dishonesty, and I currently maintain ERISA fiduciary liability insurance to insure against any losses caused by breach of my fiduciary responsibilities.

9. I have worked with the Ferrell ESOP independent appraiser, Stout Risius Ross, LLC ("Stout"), multiple times over the years, and I am confident in my ability to assess Stout's ability to continue as independent appraiser.

10. I reached out to the current Ferrell ESOP trustee, GreatBanc Trust Company, on October 28, 2019, to begin the transition of the trusteeship from GreatBanc to me effective November 8, 2019, but GreatBanc has not responded to my request.

11. The transition of the Ferrell ESOP trusteeship from GreatBanc to me will not be complicated. GreatBanc holds the stock certificate evidencing the Ferrell shares owned by the Ferrell ESOP for the benefit of the Ferrell ESOP plan participants ("Plan Participants") and related paperwork, which must be transferred to me, along with any other plan assets. I also remain ready to meet with GreatBanc to the extent that it wishes to brief me as to any concerns it may have, including those that I understand to be the subject of this lawsuit, so that when I succeed it as trustee of the Ferrell ESOP I will be fully informed and can make appropriate decisions on behalf

of the Ferrell ESOP and Plan Participants pursuant to my obligations, including my fiduciary obligations under ERISA. Contrary to any assertion or innuendo otherwise, I am completely independent, as I must be to continue in my chosen profession as an ERISA fiduciary. I will do that which, in my judgment, ERISA requires me to do.

12. To further clarify, the transition from GreatBanc will not involve complicated ministerial matters. GreatBanc does not handle the day-to-day administration of the Ferrell ESOP. Ferrell's Administrative Committee uses a highly regarded third party administrator ("TPA") for plan administration, including tracking Plan Participants' ownership, preparing and sending statements to Plan Participants, preparing tax filings for the ESOP, and performing other day-to-day plan management activities. This TPA remains in place as I assume my role as Trustee.

13. I have never been removed as an ERISA trustee for reasons of misconduct or negligence, nor has the Department of Labor ever requested that I be replaced.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2019

_James R. Urbach_
James R. Urbach