# CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET

FERRELL COMPANIES, INC.

        Plaintiff

v.                                                    CASE NO. 19-2656-JAR-GEB

GREATBANC TRUST COMPANY,

        Defendant

GREATBANC TRUST COMPANY,

        Counter Claimaint

v.

FERRELL COMPANIES, INC,

        Defendants

| JUDGE: | Julie A. Robinson | DATE: | 11/7/2019 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## MOTION HEARING - TRO

This case comes on before the Court on the Defendant/Counter Claimant's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10).  Plaintiff/Counter Defendant appears by its attorneys, John Burlingame and James Griffin.   Defendant/Counter Claimant appears by its attorneys, Todd Ruskamp and James Smith.  Jim Ferrell, company representative, is in attendance.

After hearing arguments from counsel, and for reasons set forth more specifically on the record, the Court DENIES the Motion for Restraining Order.  If the parties wish to proceed with a Preliminary Injunction hearing, they should contact the court for scheduling.  Counsel will discuss with their clients whether a PI hearing is necessary.

The Court will issue an order.