# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FERRELL COMPANIES, INC.,** as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>**Plaintiff,**<br><br>v.<br><br>**GREATBANC TRUST COMPANY,** Directed Trustee of the Ferrell Companies, Inc., Employee Stock Ownership Trust,<br><br>**Defendant.** | **Case No. 19-2656-JAR-GEB** |
| **GREATBANC TRUST COMPANY,** Directed Trustee of the Ferrell Companies, Inc., Employee Stock Ownership Trust,<br><br>**Counterclaim-Plaintiff,**<br><br>v.<br><br>**FERRELL COMPANIES, INC.,** as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>**Counterclaim-Defendant.** | |

## ORDER MEMORIALIZING NOVEMBER 7, 2019 RULING DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on Defendant/Counterclaim Plaintiff GreatBanc Trust Company (GreatBanc)'s Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10). The Court held a hearing on the motion for temporary restraining order on November 7, 2019. After hearing arguments and statements of counsel, as well as considering the parties' briefs and relevant submissions, the Court made findings from the bench. For the reasons stated in detail on the record,

**IT IS THEREFORE ORDERED BY THE COURT** that GreatBanc's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10) is **denied in part**; GreatBanc's Motion for Temporary Restraining Order is **DENIED**; GreatBanc's Motion for Preliminary Injunction remains pending.

**IT IS SO ORDERED.**

Dated: November 7, 2019

                                                   S/ Julie A. Robinson
                                                   JULIE A. ROBINSON
                                                   CHIEF UNITED STATES DISTRICT JUDGE