# THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC, as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust<br><br>　　　　　Defendant. | CASE NO. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>　　　　　Counterclaim-Defendant. | |

**FERRELL COMPANIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GREATBANC TRUST COMPANY'S COUNTERCLAIMS**

{00200755.DOCX}

Plaintiff/Counterclaim-Defendant Ferrell Companies, Inc. ("FCI"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the Local Rules of Practice of the U.S. District Court for the District of Kansas ("Local Rules"), files its Unopposed Motion for Extension of Time to Respond to GreatBanc Trust Company's ("GreatBanc") Counterclaims and states as follows:

1. On October 24, 2019, FCI filed its Complaint for Declaratory Judgment, Injunctive and Other Relief against GreatBanc. On November 1, 2019, GreatBanc filed its Verified Answer, Defenses and Counterclaims ("Counterclaims").

2. The current deadline for FCI to respond to GreatBanc's Counterclaims is November 22, 2019.

3. Pursuant to Rule 6.1 of the Local Rules, counsel for FCI conferred with GreatBanc's counsel regarding an extension of time, and GreatBanc's counsel consented to an extension of 30 days.

4. Due to previously scheduled commitments, FCI's counsel needs additional time to assess the continuing viability of GreatBanc's Counterclaims, if any, based upon intervening events.

5. FCI's time to plead in response to GreatBanc's Counterclaims has not yet expired.

6. No prior extension of this deadline has been requested.

7. No party would be prejudiced by the extension.

8. This Motion is filed in good faith and not for the purposes of delay.

9. Oral argument is not requested on the Motion.

10. The extension should not affecting scheduling of this case.

- 2 -

WHEREFORE, Plaintiff/Counterclaim-Defendant FCI hereby requests that the Court enter an Order granting this Unopposed Motion for an Extension of Time, providing FCI with an extension up to and including December 23, 2019 to file its responsive pleadings to GreatBanc's Counterclaims.

A proposed Order is attached.

Dated:  November 21, 2019

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | *s/James D. Griffin* |
| John A. Burlingame (DC # 455876) | James D. Griffin (KS # 12545) |
| (*pro hac vice* admitted) | Brent N. Coverdale (KS # 18798) |
| SQUIRE PATTON BOGGS (US) LLP | SCHARNHORST AST KENNARD GRIFFIN PC |
| 2550 M Street, NW | 1100 Walnut Street, Suite 1950 |
| Washington, DC  20037 | Kansas City, MO  64106 |
| Tel:  (202) 457-6000 | Tel: (816) 268-9400 |
| Fax:  (202) 457-6315 | Fax: (816) 268-9409 |
| Email:  john.burlingame@squirepb.com | E-mail:  jgriffin@sakg.com |
|  | bcoverdale@sakg.com |
| Joseph C. Weinstein (OH # 0023504) |  |
| (*pro hac vice* pending) |  |
| SQUIRE PATTON BOGGS (US) LLP |  |
| 4900 Key Tower |  |
| 127 Public Square |  |
| Cleveland, OH  44114 |  |
| Tel:  (216) 479-8500 |  |
| Fax:  (216) 479-8780 |  |
| Email:  joe.weinstein@squirepb.com |  |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of November, 2019, a copy of FERRELL COMPANIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GREATBANC TRUST COMPANY'S COUNTERCLAIMS was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all persons registered to receive such notice.

*s/James D. Griffin*
One of the Attorneys for Ferrell Companies, Inc.
