# THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC, as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust<br><br>Defendant. | CASE NO. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Counterclaim-Defendant. | |

**FERRELL COMPANIES, INC.'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO GREATBANC TRUST COMPANY'S COUNTERCLAIMS**

Plaintiff/Counterclaim-Defendant Ferrell Companies, Inc. ("FCI"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the Local Rules of Practice of the U.S. District Court for the District of Kansas ("Local Rules"), files its Unopposed Third Motion for Extension of Time to Respond to GreatBanc Trust Company's ("GreatBanc") Counterclaims and states as follows:

1.  On October 24, 2019, FCI filed its Complaint for Declaratory Judgment, Injunctive and Other Relief against GreatBanc. On November 1, 2019, GreatBanc filed its Verified Answer, Defenses and Counterclaims ("Counterclaims").

2.  The current deadline for FCI to respond to GreatBanc's Counterclaims is January 21, 2020. *See* Order, ECF No. 33.

3.  Pursuant to Rule 6.1 of the Local Rules, counsel for FCI conferred with GreatBanc's counsel regarding an extension of time, and GreatBanc's counsel consented to an extension through and including February 21, 2020.

4.  FCI and GreatBanc continue to be engaged in ongoing discussions related to a potential settlement of this matter, including implementation of a final settlement agreement.

5.  FCI's time to plead in response to GreatBanc's Counterclaims has not yet expired.

6.  On November 21, 2019, FCI moved this Court for an extension of time to respond to GreatBanc's Counterclaims. On November 22, 2019, this Court entered an Order granting FCI's motion and giving FCI until December 23, 2019 to respond to GreatBanc's Counterclaims. *See* ECF No. 31.

7.  On December 19, 2019, FCI moved this Court for a second extension of time to respond to GreatBanc's Counterclaims. On December 23, 2019, this Court entered an Order

granting FCI's motion and giving FCI until January 21, 2020 to respond to GreatBanc's Counterclaims. *See* ECF No. 33.

8. FCI has not sought any other extensions of time in this matter.

9. This Motion is filed in good faith and not for the purposes of delay.

10. No party would be prejudiced by the requested extension.

11. Oral argument is not requested on the Motion.

12. The extension should not affect scheduling of this case.

WHEREFORE, Plaintiff/Counterclaim-Defendant FCI hereby requests that the Court enter an Order granting this Unopposed Motion for an Third Extension of Time, providing FCI with an extension up to and including February 21, 2020 to file its responsive pleadings to GreatBanc's Counterclaims.

Dated: January 21, 2020

Respectfully submitted,

*s/James D. Griffin*

John A. Burlingame (DC # 455876)
(admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Tel:  (202) 457-6000
Fax:  (202) 457-6315
Email:  john.burlingame@squirepb.com

Joseph C. Weinstein (OH # 0023504)
(admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114
Tel:  (216) 479-8500
Fax:  (216) 479-8780
Email:  joe.weinstein@squirepb.com

James D. Griffin (KS # 12545)
Brent N. Coverdale (KS # 18798)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail:  jgriffin@sakg.com
bcoverdale@sakg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of January, 2020, a copy of FERRELL COMPANIES, INC.'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO GREATBANC TRUST COMPANY'S COUNTERCLAIMS was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all persons registered to receive such notice.

*s/James D. Griffin*
One of the Attorneys for Ferrell Companies, Inc.
