### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC, as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust<br><br>Defendant. | CASE NO. 2:19-CV-2656-JAR-ADM |
| GREATBANC TRUST COMPANY, Trustee of the Ferrell Companies, Inc. Employee Stock Ownership Trust,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc., Employee Stock Ownership Plan,<br><br>Counterclaim-Defendant. | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-Defendant Ferrell Companies, Inc. ("FCI") and Defendant/Counterclaim-Plaintiff GreatBanc Trust Company ("GreatBanc") hereby stipulate to the dismissal without prejudice of all claims and counterclaims in the above-captioned action. Each party shall bear its respective attorneys' fees, costs, and expenses incurred in this litigation.

Dated:  February 21, 2020

Respectfully submitted,

*s/James D. Griffin*

John A. Burlingame (DC # 455876)
(admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Tel:  (202) 457-6000
Fax:  (202) 457-6315
Email:  john.burlingame@squirepb.com

James D. Griffin (KS # 12545)
Brent N. Coverdale (KS # 18798)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail:  jgriffin@sakg.com
             bcoverdale@sakg.com

Joseph C. Weinstein (OH #0023504)
(admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114
Tel:  (216) 479-8500
Fax:  (216) 479-8780
Email:  joe.weinstein@squirepb.com

*Attorneys for Plaintiff/Counterclaim-Defendant Ferrell Companies, Inc.*

 */s/ Todd W. Ruskamp*
Todd W. Ruskamp, D.Kan #70412
Jessica A. E. McKinney, D.Kan #78649
SHOOK, HARDY & BACON
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: truskamp@shb.com
            jamckinney@shb.com

*Attorneys for Defendant/Counterclaim-Plaintiff GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of February 2020, a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all persons registered to receive such notice.

                                         */s/ Todd W. Ruskamp*
                                         One of the Attorneys for GreatBanc Trust Company